IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE, | 1:05-CV-00802-OWW-WMW-P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF OCTOBER 6, 2005 |
| vs. | [Document #9] |
| A. K. SCRIBNER, et al., | ORDER GRANTING EXTENSION OF TIME |
| Defendants. | [Document #5] |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On August 16, 2005, the court issued an order for plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, or in the alternative, to pay the $250.00 filing fee for this action, within thirty days of the date of service of the order. On September 28, 2005, plaintiff filed a motion for an extension of time to comply with the order. Also on September 28, 2005, plaintiff submitted a new application to proceed in forma pauperis; however, plaintiff did not submit a certified copy of his trust account statement or pay the filing fee.

On October 6, 2005, the Magistrate submitted findings and a recommendation to United States District Judge Oliver W. Wanger to dismiss plaintiff's case for failure to comply with the court's order of August 16, 2005. On October 24, 2006, plaintiff filed objections to the findings and

1  recommendation, explaining his efforts to comply with the court's order.  Along with the objections,
2  plaintiff submitted a certified copy of his trust account statement.  In light of the fact that plaintiff
3  has now complied with the court's order, and good cause for his delay having been presented to the
4  court, IT IS HEREBY ORDERED that:

      1.     The findings and recommendation of October 6, 2005, are VACATED; and

      2.     Plaintiff's motion for an extension of time to comply with the court's order of August 16, 2005, is GRANTED nunc pro tunc to September 20, 2005.

IT IS SO ORDERED.

**Dated:   October 26, 2005**          **/s/  William M. Wunderlich**
j14hj0                                           UNITED STATES MAGISTRATE JUDGE