1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   BOBBY LEE,                                    CASE NO. 1:05-cv-00802-LJO-BAM PC

10                          Plaintiff,            ORDER   ADOPTING   FINDINGS   AND
                                                 RECOMMENDATIONS   AND   DENYING
11          v.                                    PLAINTIFF'S MOTION FOR A COURT ORDER

12   DR. WAGNER,                                  (ECF Nos. 71, 73)

13                          Defendant.
                                                     /
14

15          Plaintiff Bobby Lee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's

17   second amended complaint, filed June 1, 2009, against Defendant Wagner for deliberate indifference

18   to medical needs in violation of the Eighth Amendment.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          Plaintiff filed a motion seeking the issuance of a court order to be transferred to a different

21   prison.   (ECF No. 71.)   On February 28, 2012, the Magistrate Judge filed findings and

22   recommendations herein which was served on the parties and which contained notice to the parties

23   that any objections to the findings and recommendations were to be filed within thirty days.  (ECF

24   No. 73.)  More than thirty days have passed and no objections have been filed.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

26   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings

27   and recommendations to be supported by the record and by proper analysis.

28   ///

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations, filed February 28, 2012, is adopted in full; and

2.      Plaintiff's motion for a court order, filed February 27, 2012, is DENIED.

IT IS SO ORDERED.

**Dated:     April 17, 2012            /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE