# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE,<br><br>              Plaintiff,<br><br>   v.<br><br>DR. WAGNER,<br><br>              Defendant.<br>_____/ | CASE NO. 1:05-cv-00802-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 75)<br><br>DISPOSITIVE MOTION DUE JULY 2, 2012 |

    Plaintiff Bobby Lee ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed June 1, 2009, against Defendant Wagner for deliberate indifference to medical needs in violation of the Eighth Amendment. A discovery and scheduling order issued on August 9, 2011, setting the dispositive motion deadline in this action for June 18, 2012. (ECF No. 54). On June 14, 2012, Defendant filed a motion to modify the scheduling order. (ECF No. 75.)

    Defendant has requested a two week extension of the dispositive motion deadline due to a scheduling conflict preventing finalizing Defendant's declaration in support of the motion. Defendant has shown good cause to amend the scheduling order. Accordingly, good cause having been found, it is HEREBY ORDERED that Defendant's motion to amend the scheduling order shall be GRANTED and Defendant's dispositive motion shall be due on or before July 2, 2012.

    IT IS SO ORDERED.

Dated:    June 15, 2012                           /s/ **Barbara A. McAuliffe**
                                                                     UNITED STATES MAGISTRATE JUDGE